UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| SHAUNA M. MOTE, et al, <br>     Plaintiffs, <br> v <br><br> CITY OF CHELSEA, et al, <br>     Defendants. | File No. 2:16-cv-11546-DML-EAS <br> Honorable David M. Lawson <br><br> Elizabeth A. Stafford <br> Magistrate Judge <br> CLASS ACTION |

---

CITY OF CHELSEA,
    Third Party Plaintiff,
v

WASHTENAW COUNTY ROAD COMMISSION,

    Third Party Defendant.

---

### CITY OF CHELSEA THIRD ANNUAL REPORT

The City of Chelsea, Defendant, submits its Third Annual Report as required by § VII of the First Consent Decree entered on August 4, 2017 (Doc # 87).

I.    PART ONE - Recap

The First Annual Report filed in 2018 consisted of two (2) parts: (1) a map indicating roadways within the City of Chelsea where abutting curb ramps were constructed or altered by, on behalf of, or for the use of the City of Chelsea.

1

between 1992 May 2018. All facilities constructed or altered prior to 2007 were assumed to be out of compliance, were not inspected or inventoried; and (2) diagrams of each curb ramp and lists measurements and observations recorded during the inspection. The City intends to remedy all instances of non-compliance according to a mutually agreeable plan negotiated with Plaintiffs that will be set forth in a second consent decree.

As set forth in the City's Second Annual Report, in 2019 the City of Chelsea completed the development of a public gathering space and bathroom facilities on South Main Street known as the "Palmer Lot". The area is approximately one and one-quarter [1.25] acres in size. To the best of the City's knowledge and belief all facilities are ADA complaint.

II.   PART TWO – New Developments.

A.   The City is currently reconstructing Wellington, Lane Street, Arthur and Dale Streets during which construction all curb ramps along said streets situated outside the Washtenaw County Road Commission right of way will be replaced with ramps built in accordance with the MDOT R-28 standard applicable at the time of construction, in co-ordination with and subject to the Washtenaw County Road Commission requirements for matching alignments and other standards.

B.   The City reconstructed sidewalks with ADA compliant ramps on Freer Road between the two [2] entrances to the Church of Jesus Christ of Latter-

2

Day Saints parking lot, during in accordance with the MDOTR-28 standard applicable at the time of construction.

C. The City installed ADA compliant cross "islands" on Wilkinson Street, in accordance with the MDOT R-28 Standard.

D. The City rebuilt ramps on Park Street in accordance with MDOT R-28 standard applicable at the time of construction.

E No other construction projects by the City triggering ADA compliance were initiated or completed between the date of the Second Annual Report and the date of this Third Annual Report.

F Old US 12 ramps and curbs have been reconstructed by the Washtenaw County Road Commission. M-52 ramps and curbs have been reconstructed by the Michigan Department of Transportation. The City is presently reviewing these improvements, although they are under control of other bodies.

Dated: September 8, 2020　　　Respectfully Submitted,

　　　　　　　　　　　　　　　KEUSCH, FLINTOFT & FINK, PLLC,
　　　　　　　　　　　　　　　Attorneys for the City of Chelsea, Defendant

　　　　　　　　　　　　　　　BY: /s/ Peter C. Flintoft
　　　　　　　　　　　　　　　　　PETER C. FLINTOFT (P13531)
　　　　　　　　　　　　　　　　　119 South Main Street
　　　　　　　　　　　　　　　　　Post Office Box 187
　　　　　　　　　　　　　　　　　Chelsea, Michigan 48118
　　　　　　　　　　　　　　　　　Telephone: (734) 475-8671
　　　　　　　　　　　　　　　　　flintoft@keuschlaw.com

3

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| SHAUNA M. MOTE, et al,<br>　　Plaintiffs, | File No. 2:16-cv-11546-DML-EAS<br>Honorable David M. Lawson |
| v<br>CITY OF CHELSEA, et al,<br>　　Defendants. | Elizabeth A. Stafford<br>Magistrate Judge<br>CLASS ACTION |

___

CITY OF CHELSEA,
　　Third Party Plaintiff,
v

WASHTENAW COUNTY ROAD COMMISSION,
　　Third Party Defendant.

___

## CERTIFICATION

I, Peter C. Flintoft, Attorney of the City of Chelsea, declare under penalty of perjury that I have read the Third Annual Report and certify that the information therein is true and accurate to the best of my information, knowledge, and belief.

_____
Peter C. Flintoft

Dated: September 8, 2020

4

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| SHAUNA M. MOTE, et al, | File No.<br>2:16-cv-11546-DML-EAS |
| Plaintiffs, | Honorable David M. Lawson |
| v | |
| | Elizabeth A. Stafford |
| CITY OF CHELSEA, et al, | Magistrate Judge |
| Defendants. | CLASS ACTION |

CITY OF CHELSEA,
    Third Party Plaintiff,
v

WASHTENAW COUNTY ROAD COMMISSION,
    Third Party Defendant.

## CERTIFICATE OF SERVICE

I hereby certify that on September 8, 2020, I electronically filed the Defendant and Third-Party Plaintiff City of Chelsea's Third Annual Report with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

| | |
|---|---|
| J. Mark Finnegan (P-68050) | Denise M. Heberle (P-64145) |
| HEBERLE & FINNEGAN, PLLC | HEBERLE & FINNEGAN, PLLC |
| Attorneys for Plaintiffs | Attorneys for Plaintiffs |
| 2580 Craig Road | 2580 Craig Road |
| Ann Arbor, Michigan 48103 | Ann Arbor, Michigan 48103 |
| hffirm@comcast.net | hffirm@comcast.net |

| | |
|---|---|
| Thomas H. Derderian (P-35106)<br>Attorney for Washtenaw County<br>Road Commission<br>Michael R. Kluck & Associates<br>Attorneys & Counselors at Law<br>4265 Okemos Road, Suite G<br>Okemos, Michigan 48864<br>tderderian@sbcglobal.net | Wendy S. Hardt (P-45493)<br>Attorney for Washtenaw County<br>Road Commission<br>Michael R. Kluck & Associates<br>Attorneys & Counselors at Law<br>4265 Okemos Road, Suite G<br>Okemos, Michigan 48864<br>whardt@sbcglobal.net |

_____
Peter C. Flintoft [P13531]
KEUSCH, FLINTOFT & FINK, PLLC
119 South Main Street
P.O. Box 187
Chelsea, Michigan 48118
Telephone: (734) 475-8671
Fax: (734) 475-1622
alber@keuschlaw.com

Dated: September 8, 2020